**OCCEA STARKE, Plaintiff–Appellant,**

v.

**AVAMARK REFRESHMENT SERVICES; M. Wade, Sheriff of Henrico County Jail; Wayne Head, Kitchen Supervisor, Defendants–Appellees.**

No. 01–7960.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2002.

Decided March 18, 2002.

Occea Starke, Appellant Pro Se.

Before WIDENER, WILKINS, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Occea Starke appeals the district court's orders denying relief without prejudice on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint and denying relief on his Fed. R.Civ.P. 59(e) motion. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Starke v. Avamark Refreshment Servs.,* No. CA–01–687–2 (E.D. Va. Oct. 4, 2001; Nov. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*